# MEMO ENDORSED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>    Interpleader Plaintiff<br><br>vs.<br><br>ELIZABETH CLARKE, LASHAN BROWN, KRYSTLE WRIGHT, NATALIA WRIGHT, ELIJAH BELL'S FUNERAL SERVICE, LLC and EXPRESS FUNERAL FUNDING, LLC,<br><br>    Interpleader Defendants.<br><br>EXPRESS FUNERAL FUNDING, LLC<br><br>    Crossclaim Plaintiff<br><br>vs.<br><br>ELIZABETH CLARKE, LASHAN BROWN, KRYSTLE WRIGHT, NATALIA WRIGHT and ELIJAH BELL'S FUNERAL SERVICE, LLC,<br><br>    Crossclaim Defendants. | The motion is denied as not complying with the Court's individual practices (Attachment A). The parties are directed to resubmit on ECF in accordance with the individual practices.  SO ORDERED.<br><br>_____<br>Edgardo Ramos, U.S.D.J<br>Dated: February 10, 2022<br>New York, New York<br><br>Cause No. 1:21-cv-03307-ER |

## MOTION FOR DEFAULT JUDGMENT

Upon the accompanying affidavit, all prior pleadings and filings, and the Clerk's Entry of Default dated November 21, 2021, Defendant, Express Funeral Funding, LLC, moves the Court for an Order pursuant to Fed Rules Civ Proc R 55(b)(2) for a Default Judgment against counterclaim defendants, ELIZABETH CLARKE, KRYSTLE WRIGHT, NATALIA WRIGHT and ELIJAH BELL'S FUNERAL SERVICE, LLC, for failure to plead or otherwise respond in timely fashion to its Counterclaim, thereby foreclosing any interest which said defendants may

have as to the interpleader funds in dispute herein, and any other and further relief as the Court deems proper and just.

  SO STIPULATED this _____ day of _____, 2022.

            /s/Jason A. Lopp_____
            Jason A. Lopp (IN Atty. No. 21351-29)
            CHURCH LANGDON LOPP & BANET, LLC
            318 Pearl Street, Suite 200
            New Albany, IN 47150
            Telephone: (812) 725-8224
            Email: jlopp@cllblegal.com
            *Attorney for Defendant,*
            *Express Funeral Funding, LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 9th 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas M. McHugh
BRESSLER, AMERY & ROSS, P.C.
17 State Street, 34th Floor
New York, NY  10004
Email: tmchugh@bressler.com

  I further certify that on February 9th 2022, I served the foregoing document by causing a copy to be sent via First-Class Mail to the following:

LaShan Brown
P.O. Box 9803
Ft. Lauderdale, FL  33310

            s/Jason A. Lopp_____
            Jason A. Lopp