UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>    Interpleader Plaintiff<br><br>vs.<br><br>ELIZABETH CLARKE, LASHAN BROWN, KRYSTLE WRIGHT, NATALIA WRIGHT, ELIJAH BELL'S FUNERAL SERVICE, LLC and EXPRESS FUNERAL FUNDING, LLC,<br><br>    Interpleader Defendants.<br><br>EXPRESS FUNERAL FUNDING, LLC<br><br>    Crossclaim Plaintiff<br><br>vs.<br><br>ELIZABETH CLARKE, LASHAN BROWN, KRYSTLE WRIGHT, NATALIA WRIGHT and ELIJAH BELL'S FUNERAL SERVICE, LLC,<br><br>    Crossclaim Defendants. | Cause No. 1:21-cv-03307-ER |

## DEFAULT JUDGMENT

This matter is before the Court on the Motion for Default Judgement filed herein and the accompanying Affidavit, the Court now finds that counterclaim defendants ELIZABETH CLARKE, KRYSTLE WRIGHT, NATALIA WRIGHT and ELIJAH BELL'S FUNERAL SERVICE, LLC, are hereby defaulted in this matter and any rights or interests which said defendants may have are hereby foreclosed and forever barred.

Dated: __May 20, 2022__

SO ORDERED.
New York, NY

_____
United States District Judge