UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>    Interpleader Plaintiff<br><br>vs.<br><br>ELIZABETH CLARKE, LASHAN BROWN, KRYSTLE WRIGHT, NATALIA WRIGHT, ELIJAH BELL'S FUNERAL SERVICE, LLC and EXPRESS FUNERAL FUNDING, LLC,<br><br>    Interpleader Defendants.<br><br>EXPRESS FUNERAL FUNDING, LLC<br><br>    Crossclaim Plaintiff<br><br>vs.<br><br>ELIZABETH CLARKE, LASHAN BROWN, KRYSTLE WRIGHT, NATALIA WRIGHT and ELIJAH BELL'S FUNERAL SERVICE, LLC,<br><br>    Crossclaim Defendants. | Cause No. 1:21-cv-03307-ER |

## AGREED JUDGMENT ENTRY

This matter comes before the Court on the Stipulation and Joint Motion for Entry of Agreed Judgment of Plaintiff, American General Life Insurance Company, Defendant, Express Funeral Funding, LLC and Defendant, LaShan Brown (Document Nos. 37, 38, 39 and 40) The court, being duly advised, now ORDERS:

    1.  That all claims of all parties concerning or relating to the Policy at issue herein have been resolved by an agreement to the disbursement of the Disputed Proceeds.

2. That Defendants, ELIZABETH CLARKE, KRYSTLE WRIGHT, NATALIA WRIGHT and ELIJAH BELL'S FUNERAL SERVICE, LLC have been defaulted in this matter.

3. The Plaintiff, American General Life Insurance Company, shall retain $2,500 of the Disputed Proceeds and $18,465.00 of the Disputed Proceeds shall be paid to Express Funeral Funding, LLC, mailed to its attorney, Jason A. Lopp, Church Langdon Lopp & Banet, LLC, 318 Pearl Street, Suite 200, New Albany, IN 47150.

4. The balance of the Disputed Proceeds shall be mailed to LaShan Brown.

5. That Defendant Express Funeral Funding, LLC's Crossclaim against ELIZABETH CLARKE, LASHAN BROWN, KRYSTLE WRIGHT, NATALIA WRIGHT and ELIJAH BELL'S FUNERAL SERVICE, LLC is DISMISSED WITH PREJUDICE.

6. American General Life Insurance Company is hereby discharged with prejudice from any and all liability to Elizabeth Clarke, Lashan Brown, Krystle Wright, Natalia Wright, Elijah Bell's Funeral Service, LLC, and Express Funeral Funding, LLC, and to any person, firm, estate, corporation, or entity on account of or in any way related to American General Life Insurance Company life insurance policy number 10-0215585141 issued to the late Clinton Deloy Wright and/or related to the handling or processing of any claims made under American General Life Insurance Company life insurance policy number 10-0215585141 issued to the late Clinton Deloy Wright.

7. Elizabeth Clarke, Lashan Brown, Krystle Wright, Natalia Wright, Elijah Bell's Funeral Service, LLC, and Express Funeral Funding, LLC, and each of their respective attorneys, representatives, successors, assigns, and heirs are hereby permanently enjoined from instituting or prosecuting against American General any proceeding in any state or United States Court or administrative tribunal relating to the benefits due under American General Life Insurance

Company life insurance policy number 10-0215585141 issued to the late Clinton Deloy Wright and/or related to the handling or processing of any claims made under American General Life Insurance Company life insurance policy number 10-0215585141 issued to the late Clinton Deloy Wright.

8. That this is a FINAL JUDGMENT and fully resolves all claims and issues in this lawsuit.

9. This case is hereby **DISMISSED WITH PREJUDICE**.

SO ORDERED this  20th  day of      May      , 2022.

                                            JUDGE, UNITED STATES DISTRICT COURT
                                            SOUTHERN DISTRICT OF NEW YORK
                                            HON. EDGARDO RAMOS

Service will be made electronically on all ECF-registered counsel
of record via email generated by the Court's ECF system.

Service will be made via U.S. Mail, First Class, postage pre-paid, on:

LaShan Brown
P.O. Box 98093
Ft. Lauderdale, FL  33310